UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) | Case No. | CR118-009, USA v. Tate |
| --- | --- | --- | --- |
| | ) | | CR118-031, USA v. Turner |
| LEAVE OF ABSENCE | ) | | CR118-036, USA v. Bates |
| HENRY W. SYMS, JR. | ) | | CR118-037, USA v. Watton |
| October 3, 2018 through October 5, 2018 | ) | | CR118-038, USA v. Walker |
| | ) | | CR118-042, USA v. McNatt |
| | ) | | CR118-044, USA v. Oglesby, Jr. |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Henry W. Syms, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Henry W. Syms, Jr.** be granted leave of absence for the following periods: **October 3, 2018 through October 5, 2018.**

This 17th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA