UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case No. | CR116-045, USA v. Grant, et al |
| | ) | CR117-047, USA v. Birt, et al |
| LEAVE OF ABSENCE | ) | CR117-072, USA v. Moment |
| PATRICIA G. RHODES | ) | CR118-007, USA v. Frank |
| November 8, 2018 through | ) | CR118-008, USA v. Pate |
| November 12, 2018 | ) | CR118-009, USA v. Tate |
| | ) | CR118-016, USA v. Kelly |
| | ) | CR118-019, USA v. Turner |
| | ) | CR118-021, USA v. Dominguez, et al |
| | ) | CR118-029, USA v. Okolie, et al |
| | ) | CR118-048, USA v. Tyler |
| | ) | CR118-052, USA v. Battle, et al |
| | ) | CR116-045, USA v. Hunter |
| | ) | CR113-010, USA v. McNair |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **November 8, 2018 through November 12, 2018.**

This 23rd day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA